United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2009

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § |
| Plaintiff | § |
| | § |
| v. | § CIVIL ACTION NO. 1:07-cv-00187 |
| | § |
| $73,141.32 IN U.S. CURRENCY | § |
| Defendant | § |

### AGREED FINAL JUDGMENT OF FORFEITURE

United States, Plaintiff, and Mahendra Kumar Patel and Kapila Patel, Claimants, have settled all matters and have moved for a final judgment of forfeiture. The Court finds that there was probable cause for the seizure of Defendant property.

The Court orders that:

1. The $73,141.32 in U.S. currency, Defendant in rem, is forfeited to the United States. The U.S. Department of Homeland Security shall dispose of the forfeited property.

2. Mahendra Kumar Patel and Kapila Patel, Claimants, will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

3. Each party will bear their costs including attorneys' fees;


    4.    Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on _August 17, 2009_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge


Agreed as to form and substance:


____Exhibit 1_____
Mahendra Kumar Patel, Claimant


____Exhibit 1_____
Kapila Patel, Claimant


____Exhibit 1_____
Dan C. Guthrie , Jr ., Claimant's Attorney