United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2009

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-07-187 |
| $73,141.32 IN U.S. CURRENCY, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on November 25, 2009, the Court **ORDERED** the District Clerk to close this case because the Court entered the Agreed Final Judgment of Forfeiture on August 17, 2009. Dkt. No. 8.

DONE at Brownsville, Texas, on November 25, 2009.

_____
Hilda G. Tagle
United States District Judge